**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ZURU (SINGAPORE) PTE., LTD;<br>ZURU LLC;<br>ZURU INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: |

**PLAINTIFFS' *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY TRANSFER OF THE DEFENDANT DOMAIN NAMES, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND SERVICE OF PROCESS BY EMAIL AND/OR <u>ELECTRONIC PUBLICATION</u>**

Plaintiffs ZURU (SINGAPORE) PTE., LED, ZURU LLC, and ZURU Inc. (collectively "Plaintiffs"), seek entry of an *ex parte* temporary restraining order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of counterfeit BUNCH O BALLOONS Products, a temporary transfer of the Defendant Domain Names, a temporary asset restraint, expedited discovery, and service of process by email and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Copyright Laws of the United States, 17 U.S.C. § 101 et seq; and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510.

1

A Memorandum of Law in Support is filed concurrently with this Motion.

Dated: April 22, 2021 Respectfully submitted,

  s/ William E. Walsh
William E. Walsh
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
william.walsh@dentons.com

OF COUNSEL
Charles E. Dorkey III *(pro hac vice motion forthcoming)*
1221 Avenue of the Americas, 25th Floor
New York, NY 10020
(212) 905-8330
charles.dorkey@dentons.com

*Attorneys for Plaintiffs*