IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZURU (SINGAPORE) PTE., LTD; <br> ZURU LLC; <br> ZURU INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITATION (MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER)**

Plaintiffs ZURU (SINGAPORE) PTE., LTD, ZURU LLC, and ZURU Inc. (collectively "Plaintiffs"), by and through their undersigned counsel and pursuant to Local Rules of the United States District Court Northern District of Illinois Rule 7.1, respectfully request that they be given leave to file their brief in support of Plaintiffs' *Ex Parte* Motion for Entry of a Temporary Restraining Order (TRO) in excess of 15 pages.

As part of the TRO, Plaintiffs seek: (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Counterfeit BUNCH O BALLOONS Products; (2) a temporary transfer of the Defendant Domain Names to Plaintiffs; (3) a temporary restraint of Defendants' assets to preserve Plaintiffs' right to an equitable accounting; (4) expedited discovery allowing Plaintiffs to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of Counterfeit

1

BUNCH O BALLOONS Products and Defendants' financial accounts; and (5) service by electronic mail and/or electronic publication (collectively, the "*Ex Parte* Motion for TRO").

Plaintiff's *Ex Parte* Motion for TRO includes at least five (5) distinct issues regarding Plaintiffs' intellectual property rights, each of which must be decided simultaneously. Plaintiffs' brief contains necessary substantive content relevant to each issue that should be considered. Plaintiffs' brief is 32 pages, which is substantially less than the 75-page limit allowed if five motions were filed separately. Plaintiffs, therefore, respectfully request that they be granted leave to file a combined brief in excess of 15 pages, attached hereto as **Exhibit A**, for purposes of efficiency.

Dated: April 22, 2021

Respectfully submitted,

 s/ William E. Walsh
William E. Walsh
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000
william.walsh@dentons.com

*Attorneys for Plaintiffs*
OF COUNSEL
Charles E. Dorkey III *(pro hac vice motion forthcoming)*
1221 Avenue of the Americas, 25th Floor
New York, NY 10020
(212) 905-8330
charles.dorkey@dentons.com

*Attorneys for Plaintiffs*