# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: ZURU (Singapore) Pte., Ltd. et al v. the Individuals, Corportations, limited Liability co

Case Number: 1:21-cv-2180

An appearance is hereby filed by the undersigned as attorney for:

Shenzhen City Dongli Internet Technology Ltd. a/k/a Eaglecam

Attorney name (type or print): Binwu Qin

Firm: Hunan Tiandiren Law Firm

Street address: 3044 S. Wallace (address of desigated local counsel Mr. Wang, Jun)

City/State/Zip: Chicago, Illinois, 60616

Bar ID Number: 4955647
(See item 3 in instructions)

Telephone Number: 224-361-5095

Email Address: BinwuNYFLCNlawyer@126.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on June 22, 2021

Attorney signature: S/ Binwu Qin
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015