UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zuru (Singapore) Pte., Ltd. et al., <br><br> Plaintiffs, <br><br> v. <br><br> The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule "A" Hereto, et al., <br><br> Defendants. | Case No.: 1:21-cv-02180 <br> Judge Martha M. Pacold <br> Magistrate Judge Susan E. Cox |

DECLARATION OF GANGKUI ZHANG

I, Gangkui Zhang, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge, information and belief.

1. I managed the businesses identified in Plaintiff's Complaint as enjoy_urlife and million*billion (collectively, the "Defendants" or the "Stores"), which were two online stores on eBay. Both Stores are now closed.

2. I am a citizen and resident of China. I have never been to Illinois or the United States. Prior to this case, I never had any experience with the U.S. legal system.

3. I understand that Plaintiffs in this case moved for default judgment toward the end of June. Defendants did not intend to default in this case. Defendants did not learn of this case until May 31, 2021 (China time). Defendants first engaged in settlement negotiation with Plaintiff through their respective counsels hoping to settle the case. However, Defendants were

not satisfied with the settlement terms, and it took Defendants some time to find and retain new counsel to get ready for the case.

4. Defendants do not appreciate how they are being portrayed in this case, in which Plaintiffs are accusing Defendants of being part of some kind of a large-scale counterfeiting ring that is targeting the residents of Illinois and is responsible for lost jobs and tax revenue. Those things are not true. Defendants have no relationship with the other defendants in this case and are not part of any counterfeiting operation.

5. Defendants do not directly conduct any regular business with any person or any company located in Illinois. Defendants offered the products at issue in this case for only a short period of between about one to two months. Defendants have not completed a sale of any of the products at issue in this case anywhere in the United States. I understand that Plaintiffs have submitted eBay Checkout webpages that seem to show Defendants selling the products in this case to an address in Bolingbrook, Illinois. I have checked the sales records and can confirm no order for the products in this case was placed on the enjoy_urlife store. I can also confirm that one order for the products at issue was placed on the million*billion store but was later canceled so that no product was ever shipped to the U.S.

6. I understand that Plaintiffs are claiming a trademark over the phrase "Bunch O Balloons." I can confirm that neither of the Stores ever used that phrase. I also understand that Plaintiffs are claiming a trademark over the word "BUNCHO." I can confirm that neither of the Stores ever used "BUNCHO."

7. I have looked at the images that Plaintiffs claimed to have copyrighted. I can confirm that neither of the Stores ever used those images.

8. At the time when Defendants' PayPal accounts were restrained, enjoy_urlife's PayPal account had a balance of $28,982, and million*billion's PayPal account had a balance of $166,941 (the "Operating Capital"). Defendants use the Operating Capital like a business bank account. It holds revenue from sales of all products sold by Defendants—not just sales of the products at issue—and it is used to pay operating expenses such as cost of goods, rent, employee salaries, etc. Of the total in the Operating Capital, none came from sales of the products in this case.

9. Having now had the opportunity to understand the issues in this lawsuit, I am stunned to learn that Defendants are accused of being part of a large counterfeiting operation. Defendants are not counterfeiters. Defendants are not working with others to counterfeit. Defendants' balloon products are not designed to confuse people, and they do not use the "Bunch O Balloons" phrase, the word "BUNCHO" or the images Plaintiff claims to own.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief and was signed by me on the date below.

*Gangkui Zhang*

Gangkui Zhang

Date: 2021.7.15