UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Zuru (Singapore) Pte., Ltd., et al.

                              Plaintiff,

v.

Case No.: 1:21−cv−02180

Honorable Martha M. Pacold

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 22, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: The court takes Defendants enjoy_urlife's and million*billion's motion to dissolve preliminary injunction pursuant to Rule 65(b)(4), [97] and objections to the entry of default judgment and motion to dismiss [99] are taken under advisement. The court's motion procedures, which are available on the court's website, provide that if a "motion is opposed, the movant shall confer with the non−movant and submit a joint proposed briefing schedule in the motion or by email to proposed_order_pacold@ilnd.uscourts.gov.&quot; ; The parties are directed to confer and submit an agreed briefing schedule to the court's proposed order inbox by 7/28/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.