IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZURU (SINGAPORE) PTE, LTD.; ZURU LLC; ZURU INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No.: 1:21-cv-02180 <br><br> Judge Martha M. Pacold |

### DISBURSEMENT ORDER

As called for by the Final Judgment Order (Dkt 54), the Clerk is directed to disburse:

The principal amount of ten thousand dollars ($10,000.00), which is the amount of the bond called for by the Court and posted by Plaintiffs (Dkt entry 5/3/2021);

Plus all applicable or earned interest,

To Plaintiffs' counsel:

Lynch Thompson LLP
150 South Wacker Drive, Suite 2600
Chicago, Illinois, 60606.

Within three days of the entry of this Disbursement Order, Plaintiffs are directed to provide a copy of this Order, along with a copy of a Lynch Thompson LLP Form W-9, to this Court's Fiscal Department at fiscal_ilnd@ilnd.uscourts.gov.

Dated: October 25, 2021          /s/ Martha M. Pacold
                                 United States District Judge